UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE PETER KELLY,<br><br>             Petitioner,<br>    v.<br><br>GEORGE A. NEOTI, Warden,<br><br>             Respondent. | Case No. CV 10-1752-DSF (OP)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, Petitioner's Objections thereto, and the Final Report and Recommendation. The Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

//

//

//

//

| | |
|---|---|
| 1 | IT IS ORDERED that Judgment be entered: (1) approving and accepting this Final Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice. |

DATED: 9/9/11

*/s/ Dale S. Fischer*
HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge