O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE PETER KELLY,<br><br>  Petitioner,<br>  v.<br><br>GEORGE A. NEOTI, Warden,<br><br>  Respondent. | Case No. CV 10-1752-DSF (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 9/9/11

HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge